NOAH FELLS and FANNIE KAPLAN, Respondents, v. IDEAL LAND CORPORATION, Appellant.— On argument, order granting plaintiffs' motion for change of venue affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

In the Matter of the Application of JOSEPH R. BULLOCK for Admission to the Bar. (From the State of Rhode Island.)—Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of NEWTON K. FOX for Admission to the Bar. (From the District of Columbia.) —Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of LOUIS AUGUSTA HOWARD for Admission to the Bar. (From the State of Ohio.) —Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of LEWIS A. R. INNERARITY for Admission to the Bar. (From the State of Maryland.) —Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of ANTHONY B. MANZELLA for Admission to the Bar. (From the State of Missouri.) —Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of LEWIS A. McGOWAN for Admission to the Bar. (From the State of Rhode Island.) —Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of FRANK G. MONTAGUE for Admission to the Bar. (From the State of Massachusetts.) —Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of ARTHUR P. PORTAS for Admission to the Bar. (From the State of Louisiana.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of AARON LELAND SAPIRO for Admission to the Bar. (From the State of California.) —Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of JAMES A. TOBEY for Admission to the Bar. (From the District of Columbia.) —Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

MARY LYNCH, as Administratrix, etc., of JAMES LYNCH, Deceased, Respondent, v. DWIGHT P. ROBINSON & COMPANY, INC., Appellant.— On argument, order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.